IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 22-CR-1039 |
| JACOB PATRICK DEMAIO and CODI LYN DEMAIO, | ) ) ) ) |
| Defendants. | ) |

## **LOCAL CRIMINAL RULE 7 STATEMENT**

Pursuant to Local Criminal Rule 7, the United States respectfully submits the following brief statement describing the differences between the original indictment and the superseding indictment:

**Count 1**: Count 1 is updated to include a new defendant, CODI LYN DEMAIO.

**Forfeiture Allegation**: Paragraph 1 of the Forfeiture Allegation is updated to include a citation to 21 United States Code, Section 846. In addition, Paragraph 2(c) is updated to specify the firearm as a Baikal pistol by Imez, caliber 9 x 18 mm Makarov.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: *s/ Devra T. Hake*

DEVRA T. HAKE
Special Assistant United States Attorney
111 Seventh Avenue, SE, Box 1
Cedar Rapids, IA 52401
319-363-6333
319-363-1990 (Fax)
Devra.Hake@usdoj.gov

2