# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. CODI LYN DEMAIO, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:22-cr-1039-CJW-MAR-2<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Kristen Sanchez<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 3/3/2023 | Start: | 1:57 PM | Adjourn: | 2:15 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | SAUSA Dan Chatham | | | | | | | |
| | Defendant(s): | Michael K. Lahammer (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Francesca Schrader | | | | | | | |
| | Interpreter: | -- | | Language: | -- | | Certified: -- | Phone: | -- |

**TYPE OF PROCEEDING:** PRELIMINARY EXAMINATION □  DETENTION X  REVOCATION □

Contested? No  Continued from a previous date? No

| | | | |
|---|---|---|---|
| Moving party: | Plaintiff | | |
| Nature of proceedings: | | Ruling: | |
| Preliminary examination | | | |
| Review of detention or conditions | X | Detention hearing not held. Defendant released under the terms/conditions of the Court's release order. | |
| Review of pre-trial release | | | |
| Review of supervised release | | | |
| **Witness/Exhibit List is** | | -- | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| | |
|---|---|
| **Miscellaneous:** | Mr. Chatham informs the Court that he is no longer seeking detention. |

Page **1** of 1