IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR 22-01039 CJW |
| vs. | ) | NOTICE OF INTENT TO PLEAD GUILTY |
| CODI LYN DEMAIO, | ) | |
| Defendant. | ) | |

COMES NOW the defendant, Codi Lyn Demaio, by and through counsel, and hereby files this Notice of Intent to Plead Guilty to Count 1 of the pending Superseding Indictment, pursuant to a plea agreement entered into with the United States.

Respectfully Submitted,

*/s/ Michael K. Lahammer*
Michael K. Lahammer
ATT4425
425 2nd Street SE, Ste. 1010
Cedar Rapids, IA 52401
(319) 364-1140
ATTORNEY FOR DEFENDANT
EMail: mike@lahammerlaw.com

copy to:
Devra T. Hake, SpAUSA

I certify that on this 26th day of
June, 2023, I filed the foregoing
via CM/ECF, and all parties of record were
served notice and copies.
*/s/Michael K. Lahammer*