# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. CODI LYN DEMAIO, Defendant(s) | **HEARING MINUTES**  Sealed: No<br>Case No.: 2:22-cr-1039-CJW-MAR-2<br>Presiding Judge: Mark A. Roberts<br>Deputy Clerk: Rachel J. Scott<br>Official Court Record: FTR Gold<br>Contact Information: -- |

| Date: | 07/06/2023 | Start: | 10:00 AM | Adjourn: | 10:27 AM | Courtroom: | 4, 4th Floor |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | -- |

| Appearances: | Plaintiff(s): | AUSA Devra Hake |
|---|---|---|
| | Defendant(s): | Michael K. Lahammer (Defendant appears personally) |
| | U.S. Probation: | -- |
| | Interpreter: | -- Language: -- Certified: -- Phone: -- |

**TYPE OF PROCEEDING: PLEA** | Contested? No | Continued from a previous date? No

Defendant pleaded GUILTY to count(s): 1 of the superseding indictment

Defendant is  X  Detained   Released  pending sentencing.

**Witness/Exhibit List is** Government Exhibit 1- admitted under seal.

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Court places the defendant under oath.

Defendant is competent and understands the charges.

Defendant knows that there is an adequate factual basis, knows the maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights.

Defendant's plea of guilty is voluntary.

Court finds that the defendant should be adjudged guilty of Count 1 of the Superseding Indictment based upon her plea of guilty.

USP to prepare PSIR.

Page **1** of 1

Case 2:22-cr-01039-CJW-MAR   Document 53   Filed 07/06/23   Page 1 of 1