IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 22-CR-1039 |
| vs. | ) |
| CODI DEMAIO, | ) |
| Defendant. | ) |

**MOTION TO SEAL GOVERNMENT'S RESISTANCE TO DEFENDANT'S MOTION FOR REVOCATION OF ORDER OF DETENTION**

The United States of America requests permission to file its Resistance under seal. The Resistance discusses the terms of a sealed plea agreement. This information should not be made available on the public docket. Pursuant to Local Rule 5(c), the government respectfully requests leave to file its Resistance under seal, so that the filing is not made available on the public docket.

Respectfully Submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Devra T. Hake*

DEVRA T. HAKE
Special Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, Iowa 52401-2101
Tel.: (319) 363-6333
Fax: (319) 363-1990
Devra.Hake@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ MAM*